No. 2. UNITED STATES *v.* ALUMINUM COMPANY OF AMERICA ET AL. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and No. 6. NORTH AMERICAN COMPANY *v.* SECURITIES & EXCHANGE COMMISSION. ▮▮▮▮▮▮▮▮▮▮ October 18, 1943. As four Justices have disqualified themselves from participating in the decision in each of these cases, the Court is unable to make final disposition of them because of the absence of a quorum of six Justices as prescribed by 28 U. S. C., § 321. These cases will accordingly be transferred to a special docket and all further proceedings in them postponed in each case until such time as

there is a quorum of Justices qualified to sit in it, when it will be restored to the regular docket for such further proceedings as may be appropriate. Reported below: No. 2, 47 F. Supp. 647.; No. 6, 133 F. 2d 148.